## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:  **HARRIET MENEZES**

**BANKRUPTCY APPEAL**

CIVIL ACTION NO. **05-40052-MLW**

## O R D E R

**WOLF, D. J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on **MARCH 23, 2005**,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before **SEPTEMBER 2, 2005** and the Appellee's brief shall be filed on or before **SEPTEMBER 30, 2005**. The Appellant may file and serve a reply brief on or before **OCTOBER 14, 2005**.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

**August 2, 2005**
   Date

/s/ Dennis O'Leary
**Deputy Clerk**

(bnkrpcy-order.wpd - 12/98)                                                                [bro.]