

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

STATE COUNSEL DIVISION
CIVIL RECOVERIES BUREAU

Telephone (518) 474-0594

August 29, 2005

Dennis O'Leary, Deputy Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *Harriet Menezes v. State University of New York-Student Loan Service Center, et al*
      Civil Action: 05-40052-MLW
      Case No.: 4:05-cv-40052

Dear Mr. O'Leary:

   Enclosed please find for immediate filing with your Court Appellant's Brief in the above-referenced matter, in paper and pdf format, along with a Certificate of Service. We note that there is another appeal with identical issues arising from the same bankruptcy, (Case No. 4:05-cv-40053) pending before the same District Court Judge.

   The undersigned was admitted *pro hac vice* to this Court in these proceedings. It is our understanding from Linda in the ECF part of the Clerk's office that the papers related to this proceeding will be accepted for filing by mail, since this is the only case pending before this Court by the undersigned attorney. Please return a time-stamped copy in the self-addressed, stamped envelope which is enclosed.

   Thank you.

Respectfully yours,,

Stephen M. Nagle
Assistant Attorney General

SMN/dbg
Enclosures