UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARRIET MENEZES,

                                                        Appellee,

                                                            Civil Action: 05-40052-MLW
                                                            Case No.: 4:05-cv-40052

-against-

STATE UNIVERSITY OF NEW YORK-STUDENT
LOAN SERVICE CENTER, ET AL,

                                Appellant,

## CERTIFICATE OF SERVICE

        I hereby certify that on August 26, 2005 a true copy of the **Brief for Appellant** was
served by **Regular Mail** delivery on all parties listed below:

| | | |
|---|---|---|
| John F. White, Esq. | Philip F. Coppinger, Esq. | Michael A. Beatty, Esq. |
| Topkins & Bevans | Seder & Chandler | 31 St. James Avenue |
| Attorney for Educational Credit Management Corp. | Attorney for Debtor/Plaintiff | Attorney for TERI |
| 150 Grossman Drive, Suite 305 | 339 Main Street | Educational Resource Inc. |
| Braintree, MA 02184 | Worcester, MA 01608 | Boston, MA 02116 |
| (781) 849-5906 | (617) 426-0681 | (617) 556-0592 |
| | | |
| Richard T. King | Harriet Menezes | Matthew Rockman |
| Assistant U.S. Trustee | Debtor/Plaintiff | Chapter 7 Trustee |
| 446 Main St., 14th Floor | 169 Thoreau St.- #8 | 340 Main St. - Suite 800 |
| Worchester, MA 01608 | Concord, MA 01742 | Worcester, MA 01608 |

Dated:    August 29, 2005

                                                            Donna B. Guilmette