UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL NO. 05-40052-MLW

HARRIET MENEZES,
DEBTOR

THE STATE UNIVERSITY OF NEW YORK – STUDENT LOAN SERVICE CENTER
DEFENDANT/APPELLANT

V.

HARRIET MENEZES,
PLAINTIFF/APPELLEE

**ASSENTED MOTION TO CONSOLIDATE BANKRUPTCY APPEAL NUMBER
05-40053-MWL INTO BANKRUPTCY APPEAL NUMBER 05-40052-MWL**

NOW COMES Educational Credit Management Corporation (hereinafter "ECMC") an
interested party in the appeal at bar and the appellant in bankruptcy appeal number 05-
40053-MWL, and respectfully moves that bankruptcy appeal number 05-40053-MWL be
consolidated into bankruptcy appeal number 05-40052-MWL.  In support of this motion
to consolidate, ECMC states the following:

1.  On February 14, 2005, the appellant in the bankruptcy appeal at bar, The State
    University of New York – Student Loan Service Center ("SUNY"), filed its notice
    of appeal and election to proceed with the appeal in the District Court.

2.  The SUNY appeal was given the case number 05-40052-MWL.

3.  The appeal of SUNY concerns, in part, whether the lower court properly found the
    existence of an undue hardship under 11 U.S.C. § 523(a) (8) such that the
    appellee's student loans held by SUNY should have been discharged.

4.  Later in the day on February 14, 2005, ECMC, a co-defendant in the lower court
    proceeding, also filed its notice of appeal and election to proceed with the
    bankruptcy appeal in the District Court.

5.  The ECMC appeal was give the case number 05-40053-MWL.

-2-

6. The appeal of ECMC concerns, in part, whether the lower court properly found the existence of an undue hardship under 11 U.S.C. § 523(a) (8) such that the appellee's student loans held by ECMC should have been discharged.

7. The appellee is the same in both the appeals of SUNY and ECMC.

8. ECMC submits that the appeals of SUNY and ECMC are similar in nature and should be combined in the interests of judicial economy.

9. Prior to filing this motion, counsel for ECMC has conferred with counsel for SUNY and counsel for the appellee, and both counsel have assented to the filing of this motion and for the consolidation of the appeals of ECMC and SUNY.

10. The only parties to appeal the lower court decision were ECMC and SUNY, and, as such, no prejudice will result by the allowance of this motion as all parties are in agreement as to consolidation of the appeals.

11. As all parties are in agreement herein, it is respectfully submitted that there is no need to schedule a hearing on this motion.

WHEREFORE ECMC requests that the following relief be granted:

A. That this Honorable Court consolidate bankruptcy appeal number 05-40053-MWL into bankruptcy appeal number 05-40052-MLW; and

B. Any and all other relief that this Court deems to be just and reasonable.

Respectfully submitted,
Educational Credit Management Corporation
By its attorney,

John F. White, Esq. BBO# 558367
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA  02184
Tel. 781-849-5906
jwhite@topbev.com

Dated:  September 8, 2005

-3-

Assented to:

Harriet Menezes, Appellee
By her attorney,

*ℓ (by permission J.F.W.)*

Philip F. Coppinger, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(617) 426-0681
pfcoppinger@Sederlaw.com

The State University of New York –
Student Loan Service Center, Appellant
By its attorney,

*ℓ (by permission J.F.W.)*

Stephen M. Nagle
Assistant Attorney General
The Capital
Albany, NY
518-474-0594
Stephen.Nagle@oag.state.ny.us

## CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation hereby certify that I have served a copy of the attached Motion to Consolidate on the following parties, by sending a copy of same via electronic notice as listed below, and by mailing a copy of the same, first class mail, postage prepaid, on September 8, 2005.

Respectfully submitted,

John F. White, Esq. BBO# 558367

Philip F. Coppinger, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(617) 426-0681
pfcoppinger@Sederlaw.com

Stephen M. Nagle
Assistant Attorney General
The Capital
Albany, NY
518-474-0594
Stephen.Nagle@oag.state.ny.us