UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BANKRUPTCY APPEAL NO. 05-40052-MLW

---

HARRIET MENEZES,
DEBTOR

---

THE STATE UNIVERSITY OF NEW YORK – STUDENT LOAN SERVICE CENTER,
AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION
DEFENDANTS/APPELLANTS

V.

HARRIET MENEZES,
PLAINTIFF/APPELLEE

---

### ASSENTED MOTION OF APPELLANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FOR AN EXTENSION ON THE TIME FOR FILING A REPLY BRIEF

NOW COMES the appellant, Educational Credit Management Corporation (hereinafter "ECMC"), and respectfully requests that this Honorable Court grant an extension on the time in which a reply brief is to be filed herein by ECMC. The current deadline for filing a reply brief is by Friday, October 14, 2005. ECMC is requesting that it be allowed to file a reply brief by Monday, October 17, 2005.

ECMC notes the extension is requested based upon scheduling conflicts of ECMC's counsel which expectedly will prohibit his ability to render a proper reply brief by the originally scheduled date.

In further support hereof, ECMC notes the counsel for the Co-Appellant and the Appellee have assented to ECMC's request to change the date for ECMC to file the reply brief to Monday, October 17, 2005.

As all parties are in agreement herein, it is respectfully submitted that no prejudice will result by the allowance of this motion and further, that there is no need to schedule a hearing on this motion.

-2-

WHEREFORE ECMC requests that the following relief be granted:

A. That this Honorable Court change the current deadline for ECMC to file a reply brief herein to Monday, October 17, 2005; and

B. Any and all other relief that this Court deems to be just and reasonable.

Respectfully submitted,
Educational Credit Management Corporation
By its attorney,

_____
John F. White, Esq. BBO# 558367
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA 02184
Tel. 781-849-5906
jwhite@topbev.com

Dated: October 5, 2005

Assented to:

| | |
|---|---|
| Harriet Menezes, Appellee<br>By her attorney,<br><br>_cl (by permission J.F.W.)_<br>Philip F. Coppinger, Esq.<br>Seder & Chandler<br>339 Main Street<br>Worcester, MA 01608<br>(617) 426-0681<br>pfcoppinger@Sederlaw.com | The State University of New York –<br>Student Loan Service Center, Appellant<br>By its attorney,<br><br>_cl (by permission J.F.W.)_<br>Stephen M. Nagle<br>Assistant Attorney General<br>The Capital<br>Albany, NY<br>518-474-0594<br>Stephen.Nagle@oag.state.ny.us |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BANKRUPTCY APPEAL NO. 05-40052-MLW

---

HARRIET MENEZES,
DEBTOR

---

THE STATE UNIVERSITY OF NEW YORK – STUDENT LOAN SERVICE CENTER,
AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION
DEFENDANTS/APPELLANTS

V.

HARRIET MENEZES,
PLAINTIFF/APPELLEE

---

### CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation hereby certify that I have served a copy of the ASSENTED MOTION OF APPELLANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, FOR AN EXTENSION ON THE TIME FOR FILING A REPLY BRIEF, on the following parties, by sending a copy of same via electronic notice, on October 5, 2005.

Respectfully submitted,

_____
John F. White, Esq. BBO# 558367

Philip F. Coppinger, Esq.                Stephen M. Nagle
Seder & Chandler                         Assistant Attorney General
339 Main Street                          The Capital
Worcester, MA 01608                      Albany, NY
(617) 426-0681                           518-474-0594
pfcoppinger@Sederlaw.com                 Stephen.Nagle@oag.state.ny.us