UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

HARRIET MENEZES,

                        Appellee,

-against-

STATE UNIVERSITY OF NEW YORK-STUDENT
LOAN SERVICE CENTER, ET AL,

                        Appellant,

---

FILED
IN CLERKS OFFICE

2005 OCT 14  P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action: 05-40052-MLW
Case No.: 4:05-cv-40052

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2005, a true copy of the **Reply Brief for Appellant** was served by **Regular Mail** delivery on all parties listed below:

| | | |
|---|---|---|
| John F. White, Esq.<br>Topkins & Bevans<br>Attorney for Educational Credit Management Corp.<br>150 Grossman Drive, Suite 305<br>Braintree, MA 02184<br>(781) 849-5906 | Philip F. Coppinger, Esq.<br>Seder & Chandler<br>Attorney for Debtor/Plaintiff<br>339 Main Street<br>Worcester, MA 01608<br>(617) 426-0681 | |
| Richard T. King<br>Assistant U.S. Trustee<br>446 Main St., 14th Floor<br>Worchester, MA 01608 | Harriet Menezes<br>Debtor/Plaintiff<br>169 Thoreau St.- #8<br>Concord, MA 01742 | Matthew Rockman<br>Chapter 7 Trustee<br>340 Main St. - Suite 800<br>Worcester, MA 01608 |

Dated:    October 13, 2005

*[signature]*