UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>IN RE MENEZES</u>

CIVIL ACTION
NO. <u>05-40052-MLW</u>
<u>05-40053-MLW</u>

<u>NOTICE</u>

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>hearing on the Bankruptcy Appeal</u> on <u>MARCH 17, 2006</u> at <u>2:00</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARAH THORNTON, CLERK

<u>March 8, 2006</u>                    By:   <u>/s/ Dennis O'Leary</u>
Date                                       Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                              [ntchrgcnf.]