```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

STATE UNIVERSITY NEW YORK-       )
STUDENT LOAN SERVICE CENTER      )
ET AL.                           )
     Appellants,                 )
                                 )
     v.                          )   C.A. No. 05-40052-MLW
                                 )
HARRIET MENEZES,                 )
     Appellee,                   )
                                 )
```

ORDER

WOLF, D.J.                                          March 20, 2006

It is hereby ORDERED that the parties shall confer and, by April 21, 2006, report whether this case has been settled.

```
                              /s/ MARK L. WOLF
                             UNITED STATES DISTRICT JUDGE
```