UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BANKRUPTCY APPEAL NO. 05-40052-MLW

---

HARRIET MENEZES,
DEBTOR

---

THE STATE UNIVERSITY OF NEW YORK – STUDENT LOAN SERVICE CENTER,
AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION
DEFENDANTS/APPELLANTS

V.

HARRIET MENEZES,
PLAINTIFF/APPELLEE

---

**JOINT STATUS REPORT**

NOW COME all parties herein and respectfully note to this Honorable Court that in accordance with the order issued by the Court on March 20, 2006 the parties have in good faith attempted to settle this matter. However, the parties are not able to reach a settlement herein.

Accordingly, the parties respectfully request that this Honorable Court issue its decision herein.


Respectfully submitted,

Educational Credit Management Corporation
By its attorney,

_____
John F. White, Esq. BBO# 558367
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA 02184
Tel. 781-849-5906
jwhite@topbev.com

-2-

Harriet Menezes, Appellee
By her attorney,

_____ (by permission J.F.W.)
Philip F. Coppinger, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(617) 426-0681
pfcoppinger@Sederlaw.com


The State University of New York –
Student Loan Service Center, Appellant
By its attorney,

_____ (by permission J.F.W.)
Stephen M. Nagle
Assistant Attorney General
The Capital
Albany, NY
518-474-0594
Stephen.Nagle@oag.state.ny.us

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BANKRUPTCY APPEAL NO. 05-40052-MLW

---

HARRIET MENEZES,
DEBTOR

---

THE STATE UNIVERSITY OF NEW YORK – STUDENT LOAN SERVICE CENTER,
AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION
DEFENDANTS/APPELLANTS

V.

HARRIET MENEZES,
PLAINTIFF/APPELLEE

---

## CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation hereby certify that I have served a copy of the JOINT STATUS REPORT, on the following parties, by sending a copy of same via electronic notice, on April 13, 2006.

Respectfully submitted,

_____
John F. White, Esq. BBO# 558367

| | |
|---|---|
| Philip F. Coppinger, Esq. | Stephen M. Nagle |
| Seder & Chandler | Assistant Attorney General |
| 339 Main Street | The Capital |
| Worcester, MA 01608 | Albany, NY |
| (617) 426-0681 | 518-474-0594 |
| pfcoppinger@Sederlaw.com | Stephen.Nagle@oag.state.ny.us |